IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:19-CR-35-5(CAR) |
| KRISTY HOUSEMAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is Defendant Kristy Houseman's Unopposed Motion to Continue [Doc. 173] the pretrial hearing in this case presently scheduled for January 7, 2020, and the trial, which is set to begin on January 27, 2020, in Athens, Georgia. On August 14, 2019, the Grand Jury returned a multi-defendant indictment charging Defendant with conspiracy to possess with intent to distribute methamphetamine and distribution of methamphetamine. On November 27, 2019, Defendant was appointed counsel, pled not guilty at her arraignment, and was released pending trial. This is Defendant's first request for a continuance.

In the motion, defense counsel seeks additional time to fully exchange and review discovery; complete investigations; resolve outstanding issues; assess, develop, and implement effective legal strategies; and negotiate and pursue a potential resolution of this case other than trial, if appropriate. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and her counsel adequate time to address

1

these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Thus, Defendant's Unopposed Motion for Continuance [Doc. 173] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until April 6, 2020, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 19th day of December, 2019.

S/ C. Ashley Royal\_\_\_
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT